**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Andre Tyrone Heatley, Jr., Appellant.

Appellate Case No. 2019-000165

―――――――――――

Appeal From Richland County
DeAndrea G. Benjamin, Circuit Court Judge

―――――――――――

Unpublished Opinion No. 2021-UP-265
Submitted June 1, 2021 – Filed July 14, 2021

―――――――――――

**APPEAL DISMISSED**

―――――――――――

Appellate Defender Lara Mary Caudy, of Columbia, and Andre Tyrone Heatley, Jr., pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia, for Respondent.

―――――――――――

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**KONDUROS, GEATHERS, and MCDONALD, JJ. concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.